**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PACT XPP SCHWEIZ AG | |
| Plaintiff, | C.A. No. 19-1006-JDW |
| v. | **JURY TRIAL DEMANDED** |
| INTEL CORPORATION | |
| Defendant. | |

**PACT XPP SCHWEIZ AG'S MOTION TO COMPEL
INTEL'S PRODUCTION OF CORE TECHNICAL DOCUMENTS**

Plaintiff PACT XPP Schweiz AG ("PACT" or "Plaintiff") respectfully moves to compel Intel Corporation ("Intel") to produce the core technical documents ("Core Documents") according to the Scheduling Order entered on July 16, 2019.

Specifically, PACT moves for a Core Documents production procedure based on a similar Delaware precedent:

1. Seven days after the Court grants this motion, Intel will determine the representative architectures for each accused feature identified in PACT's infringement contentions.

2. Seven days after the Court grants this motion, Intel will produce, or identify the bates number of, a set of sample core technical documents of the representative architectures for each accused feature ("proposed core technical documents").

3. Twenty one days after the Court grants this motion, PACT will identify for Intel with specificity any information that it believes is missing from the proposed core technical documents, but which is required for PACT to prepare its infringement case.

1

4.  Thirty five days after the Court grants this motion, Intel will provide a set of core technical documents for each of the identified unique architecture that represent all of the accused features of all accused products.

PACT also asks the Court for leave to supplement its claim construction proposal 7 days after Intel produces all Core Documents.

The specific grounds for this motion are set forth in PACT's brief, filed herewith.

Dated: January 6, 2020                          Respectfully submitted,

                                                FARNAN LLP

                                                */s/   Brian E. Farnan*
                                                Brian E. Farnan (Bar No. 4089)
                                                Michael J. Farnan (Bar No. 5165)
                                                919 North Market Street, 12th Floor
                                                Wilmington, DE 19801
                                                Telephone: (302) 777-0300
                                                Facsimile: (302) 777-0301
                                                bfarnan@farnanlaw.com
                                                mfarnan@farnanlaw.com

                                                Danielle L. Gilmore (admitted *pro hac vice*)
                                                Frederick A. Lorig (admitted *pro hac vice*)
                                                Pushkal Mishra (admitted *pro hac vice*)
                                                QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP
                                                865 S. Figueroa Street, 10th Floor
                                                Los Angeles, CA 90017
                                                Tel : (213) 443-3047
                                                daniellegilmore@quinnemanuel.com
                                                fredericklorig@quinnemanuel.com
                                                pushkalmishra@quinnemanuel.com

                                                Mark Tung (admitted *pro hac vice*)
                                                QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP
                                                555 Twin Dolphin Dr., 5th Floor
                                                Redwood Shores, CA 94065
                                                Tel.: (650) 801-5016

marktung@quinnemanuel.com

Ziyong Li (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
seanli@quinnemanuel.com

ATTORNEYS FOR PLAINTIFF
PACT XPP Schweiz AG