# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PACT XPP Schweiz AG,** | : Case No.  1:19-cv-01006-JDW |
| *Plaintiff,* | : |
| v. | : |
| **Intel Corporation,** | : |
| *Defendant.* | : |

## ORDER

AND NOW, this 13th day of January, 2020, it is hereby **ORDERED** that a Telephone Status Conference is scheduled for **January 16, 2020** at **2:30 pm**.  Plaintiff's counsel is directed to initiate the call and once all counsel are on the line, contact Judge Wolson's Chambers at (267) 299-7320.  All parties are directed to be prepared to discuss all pending discovery motions.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.