# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PACT XPP SCHWEIZ AG,** *Plaintiff* v. **INTEL CORPORATION,** *Defendant* | Case No. 1:19-cv-01006-JDW |

## ORDER

**AND NOW**, this 17th day of January, 2020, following a telephonic conference with counsel for the Parties, and upon consideration of Defendant's Motion to Compel Discovery (ECF No. 53), it is **ORDERED** that Defendant's Motion is **DENIED**.

Upon consideration of Plaintiff's Motion to Compel Defendant's Production of Core Technical Documents (ECF No. 55), **IT IS ORDERED** that Plaintiff's Motion is **GRANTED IN PART**, as follows:

1. On or before January 24, 2020, Plaintiff shall prepare for Defendant a spreadsheet or other chart that lists, by product and feature, each category of technical specifications that Plaintiff contends remains outstanding;

2. On or before January 31, 2020, Defendant shall specify, for each of the technical specification categories listed on the spreadsheet, the Bates numbers of documents that it has already produced as well as any outstanding categories of technical specifications not yet produced; and

3. The Parties shall then confer to resolve any gaps or questions that remain concerning Defendant's production of core documents;

It is **FURTHER ORDERED** as follows:

1. Within fourteen (14) days of this Order, the Parties shall meet and confer to set aside dates to hold open for depositions before the close of discovery. The Parties shall submit a letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov, that identifies the dates that will be set aside for these depositions. The subject line of the email shall include the case caption and the words "deposition scheduling;"

2. This case is referred to Magistrate Judge Elizabeth T. Hey for purposes of conducting settlement proceedings, as Judge Hey deems appropriate. Within fourteen (14) days of the date of this Order, the Parties shall jointly contact Judge Hey's chambers at chambers_of_magistrate_judge_elizabeth_hey@paed.uscourts.gov to report either (1) they agree on the general time frame for a settlement conference with proposed dates, or (2) they wish to speak with Judge Hey before identifying a time frame for a settlement conference. The Parties shall update Judge Wolson on the status of settlement discussions no later than thirty (30) days before the close of discovery; and

3. Counsel for all Parties shall refer to Judge Wolson's Policies and Procedures regarding all matters of discovery and correspondence with the Court.

                                                            **BY THE COURT:**

                                                            */s/ Joshua D. Wolson*
                                                            JOSHUA D. WOLSON, J.