**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PACT XPP SCHWEIZ AG | |
| Plaintiff, | C.A. No. 19-1006-JDW |
| v. | **JURY TRIAL DEMANDED** |
| INTEL CORPORATION | |
| Defendant. | |

**JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH
PREJUDICE PURSUANT TO RULE 41(a)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff PACT XPP Schweiz AG ("PACT") and Defendant Intel Corporation ("Intel"), by and through their counsel, hereby stipulate and agree that all claims and counterclaims related to U.S. Patent No. 8,301,872 (the "'872 patent") shall be dismissed with prejudice, with each party to bear all its own associated attorneys' fees and costs related to the '872 patent, consistent with a written Dismissal Agreement and Release signed by the parties on December 23, 2020.  This dismissal does not extend to any other patent asserted in this action and will have no issue preclusion effect for PACT's claims against any parties other than Intel.  The Court retains jurisdiction to enforce the Parties' written Dismissal Agreement and Release, and consistent with that agreement, this dismissal is not admissible for any purpose unrelated to enforcement of the Dismissal Agreement and Release.


*/s/* Jack B. Blumenfeld_____        */s/* Brian E. Farnan_____

Jack B. Blumenfeld (#1014)                    Brian E. Farnan (Bar No. 4089)

Brian P. Egan (#6227)                            Michael J. Farnan (Bar No. 5165)

**Morris, Nichols, Arsht & Tunnell LLP**      **FARNAN LLP**

1201 North Market Street                     919 North Market Street, 12th Floor

P.O. Box 1347                               Wilmington, DE 19801

Wilmington, DE 19899                    Telephone: (302) 777-0300

jblumenfeld@mnat.com                     Facsimile: (302) 777-0301

began@mnat.com                             bfarnan@farnanlaw.com

                                       mfarnan@farnanlaw.com


*Attorneys for Defendant Intel Corporation*    *Attorneys for Plaintiff PACT XPP SCHWEIZ AG*


December 31, 2020


SO ORDERED this _____ day of _____, 202__


_____

The Honorable Joshua D. Wolson