IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACT XPP SCHWEIZ AG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1006 (JDW) ) |
| INTEL CORPORATION, | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) ) |

### JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 (a)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff PACT XPP Schweiz AG ("PACT") and Defendant Intel Corporation ("Intel"), by and through their counsel, hereby stipulate and agree that all claims and counterclaims related to U.S. Patent Nos. 9,170,812 (the "'812 patent), 9,075,605 (the "'605 patent), 8,819,505 (the "'505 patent"), 8,686,549 (the "'549 patent"), and 9,037,807 (the "'807 patent") shall be dismissed with prejudice, with each party to bear all its own associated attorneys' fees and costs related to the '812, '605, '505, '549, and '807 patents. This dismissal does not extend to any other patent asserted in this action.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Michael J. Farnan* | */s/ Jack B. Blumenfeld* |
| Brian E. Farnan (#4089) | Jack B. Blumenfeld (#1014) |
| Michael J. Farnan (#5165) | Brian P. Egan (#6227) |
| 919 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE 19899 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| mfarnan@farnanlaw.com | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| *Attorneys for Plaintiff PACT XPP SCHWEIZ AG* | *Attorneys for Defendant Intel Corporation* |

February 1, 2022

SO ORDERED this 2nd day of February, 2022.

/s/ Joshua D. Wolson
The Honorable Joshua D. Wolson