IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PACT XPP SCHWEIZ AG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1006 (JDW) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO STRIKE PORTIONS OF PACT'S EXPERT'S REPORT

Defendant Intel Corporation ("Intel") hereby moves the Court for an order striking portions of the Opening and Reply Expert Reports of Dr. Thomas Conte, which are attached as Exhibits 6 and 7 to the concurrently submitted Declaration of Christopher Lawless.  Specifically, Intel seeks to strike paragraphs 241–250 of Dr. Conte's opening report (Exhibit 6) and paragraphs 201, 215–247 of his reply report (Exhibit 7), and preclude any other attempt by PACT to introduce argument regarding the new infringement theories contained therein.  The grounds for this motion are set forth in Intel's brief in support of this motion.

WHEREFORE, Intel respectfully requests that the Court enter the enclosed and grant Intel's motion.

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Gregory S. Arovas
Todd M. Friedman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022-4611
(212) 446-4800

Luke L. Dauchot
Christopher M. Lawless
Kevin Bendix
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, CA  90071
(213) 680-8400

Ellisen Shelton Turner
Sharre Lotfollahi
KIRKLAND & ELLIS LLP
2049 Century Park East, 37th Floor
Los Angeles, CA  90067
(310) 552-4200

Brandon H. Brown
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
(415) 439-1400

June 21, 2022

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel

for the plaintiff and that we have not been able to reach agreement.


/s/ *Brian P. Egan*

_____

Brian P. Egan (#6227)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PACT XPP SCHWEIZ AG                    )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )   C.A. No. 19-1006 (JDW)
                                        )
INTEL CORPORATION,                      )
                                        )
            Defendant.                  )

**[PROPOSED] ORDER**

The Court, having considered the Motion to Strike Portions of PACT's Expert Reports, IT

IS HEREBY ORDERED this ___ day of _____, 2022 that the Motion is

GRANTED.  The following paragraphs from the Expert Reports of Thomas Conte are hereby

stricken:  paragraphs 241–250 of Dr. Conte's Opening Report (Exhibit 6), and paragraphs 201,

and 215–247 of Dr. Conte's Reply Report (Exhibit 7).  PACT and Dr. Conte are precluded from

offering any testimony or opinions from those portions of his report at trial in this matter.


                          _____
                          U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 21, 2022, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                        *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Frederick A. Lorig, Esquire                                     *VIA ELECTRONIC MAIL*
Danielle L. Gilmore, Esquire
Nima Hefazi, Esquire
Marshall M. Searcy III, Esquire
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
*Attorneys for Plaintiff*

Mark Tung, Esquire                                              *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
*Attorneys for Plaintiff*

Ziyong Li, Esquire                                              *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
*Attorneys for Plaintiff*

Ron Hagiz, Esquire                                            *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
*Attorneys for Plaintiff*

Jared Kneitel, Esquire                                        *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
*Attorneys for Plaintiff*


                                        */s/ Brian P. Egan*
                                        _____
                                        Brian P. Egan (#6227)