IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACT XPP SCHWEIZ AG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 19-1006 (JDW) |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF FREDERICK LORIG IN SUPPORT OF
PACT'S OPPOSITION TO INTEL'S MOTION FOR SUMMARY JUDGMENT**

I, Frederick Lorig, declare:

1. I am an attorney of the bar of the State of California and a partner of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for PACT XPP Schweiz AG ("PACT"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A is a true and correct copy of the Opening Report of Dr. Thomas M. Conte dated March 14, 2022.

3. Attached as Exhibit B is a true and correct copy of an excerpt of Exhibit I to the Opening Report of Dr. Thomas M. Conte.

4. Attached as Exhibit C is a true and correct copy of the Reply Expert Report of Dr. Thomas M. Conte, dated May 20, 2022.

5. Attached as Exhibit D is a true and correct copy of an excerpt of Paper 32 in IPR2020-00535.

6. Attached as Exhibit E is a true and correct copy of an excerpt of the Final Written Decision in IPR2020-00535.

7. Attached as Exhibit F is a true and correct copy of an excerpt of Exhibit J to the Opening Expert Report of Dr. Thomas M. Conte.

8. Attached as Exhibit G is a true and correct copy of the Decision Denying Institution of IPR in IPR2020-00532.

9. Attached as Exhibit H is a true and correct copy of the Rebuttal Expert Report of Dr. Glenn Reinman dated May 7, 2022.

10. Attached as Exhibit I is a true and correct copy of an excerpt of the deposition transcript of Dr. Bill Lin dated June 10, 2022.

11. Attached as Exhibit J is a true and correct copy of Intel's Petition in IPR2020-00532.

12. Attached as Exhibit K is a true and correct copy of PACT's Patent Owner's Preliminary Response in IPR2020-00532.

13. Attached as Exhibit L is a true and correct copy of PACT's Patent Owner Response in IPR2020-00531.

14. Attached as Exhibit M is a true and correct copy of Intel's Petition in IPR2020-00531.

15. Attached as Exhibit N is a true and correct copy of a record of the oral hearing in IPR2020-00531.

16. Attached as Exhibit O is a true and correct copy of the Final Written Decision in IPR2020-00531.

17. Attached as Exhibit P is a true and correct copy of Exhibit 17 to the deposition of Todd Mowry.

18. Attached as Exhibit Q is a true and correct copy of the transcript of the deposition of Todd Mowry.

19. Attached as Exhibit R is a true and correct copy of the Skylake IDI HAS, Revision 0.501.

20. Attached as Exhibit S is a true and correct copy of PACT's Patent Owner Respones in IPR2020-00518.

21. Attached as Exhibit T is a true and correct copy of Exhibit 2024 in IPR2020-00518.

22. Attached as Exhibit U is a true and correct copy of PACT's Sur-Reply in IPR2020-00518.

23. Attached as Exhibit V is a true and correct copy of Exhibit 1 to the deposition of Pamela Hays.

24. Attached as Exhibit W is a true and correct copy of a PACT presentation titled XPP Multimedia Processor dated December 6, 2005.

25. Attached as Exhibit X is a true and correct copy of Exhibit 3 to the deposition of Pamela Hays.

26. Attached as Exhibit Y is a true and correct copy of Exhibit 4 to the deposition of Pamela Hays.

27. Attached as Exhibit Z is a true and correct copy of Exhibit 11 to the deposition of Pamela Hays.

28. Attached as Exhibit AA is a true and correct copy of Exhibit 14 to the deposition of Pamela Hays.

29. Attached as Exhibit AB is a true and correct copy of the transcript of the deposition of Pamela Hays.

30. Attached as Exhibit AC is a true and correct copy of Exhibit 16 to the deposition of Pamela Hays.

31. Attached as Exhibit AD is a true and correct copy of U.S. Pat. App. Pub. No. 2005/0066213.

32. Attached as Exhibit AE is a true and correct copy of U.S. Pat. App. Pub. No. 2004/0128474.

33. Attached as Exhibit AF is a true and correct copy of U.S. Pat. App. Pub. No. 2005/086462.

34. Attached as Exhibit AG is a true and correct copy of the Complaint in Case No. 19-cv-00267 filed in the District of Delaware.

35. Attached as Exhibit AH is a true and correct copy of the Complaint in Case No. 19-cv-00273 filed in the Western District of Texas.

36. Attached as Exhibit AI is a true and correct copy of an excerpt of U.S. Pat. App. Pub. No. 2005/0066213.

37. Attached as Exhibit AJ is a true and correct copy of U.S. Pat. No. 8,230,411.

38. Attached as Exhibit AK is a true and correct copy of an excerpt of PACT's Response to the Examiner's May 16, 2016 Office Action in the prosecution of U.S. Pat. App. No. 14/219,945.

39. Attached as Exhibit AL is a true and correct copy of Volume 2 of the Rebuttal Report of Thomas Mowry, dated May 6, 2022.

40. Attached as Exhibit AM is a true and correct copy of the transcript of the deposition of Dr. Glenn Reinman, dated June 9, 2022.

41. Attached as Exhibit AN is a true and correct copy of an Intel presentation titled Sandy Bridge (GSR) CBO/Ring/LLC Part 1, dated February 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of July, 2022, at Los Angeles, California.

*/s/ Frederick Lorig*
Frederick A. Lorig