IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PACT XPP SCHWEIZ AG,**<br><br>*Plaintiff,*<br>v.<br><br>**INTEL CORPORATION,**<br><br>*Defendant.* | Case No. 1:19-cv-01006-JDW |

### ORDER

**AND NOW**, this 12th day of August, 2022, upon consideration of Intel Corporation's Motion For Clarification Of Order On Parties' Joint Motion To Seal (D.I. 366) (D.I. 384), the Court notes as follows.

1. The Parties' Joint Motion To Seal requested to redact, among other documents, "PACT's Response to Intel's Statement of Undisputed Material Facts." (D.I. 319 at 1.) Now, and at the time of the request, neither Party had filed a document by that name. In fact, many of the individual sealing requests did not precisely align with anything on the docket, and the Court was left to divine what the Parties meant by each. Had the Parties carefully identified the documents in their joint motion by the actual document titles, Intel's Motion for Clarification would not be necessary.

2. The redactions Intel now proposes to PACT's Concise Statement Of Material Facts In Support Of Its Opposition To Intel's Motion For Summary Judgment (D.I. 312) cover the type of highly technical, confidential business information that courts will

protect from disclosure. *See J Morita Mfg. Corp. v. Dental Imagining Techs. Corp.*, No. CV 21-0663-KSM, 2021 WL 4078036, at *1 (E.D. Pa. June 1, 2021); *Nitto Denko Corp. v. Hutchinson Tech. Inc.*, No. CV 16-3595 (CCC/MF), 2017 WL 2782639, at *2 (D.N.J. Mar. 3, 2017). Intel has presented evidence that it would suffer a significant competitive disadvantage if this information were disclosed, and thus satisfied its burden for the same reasons identified in the Court's previous Orders. (D.I. 365, 366.)

In light of the foregoing, it is **ORDERED** that Intel Corporation's Motion For Clarification Of Order On Parties' Joint Motion To Seal (D.I. 366) (D.I. 384) is **GRANTED**.

It is **FURTHER ORDERED** that Intel shall re-file PACT's Concise Statement of Material Facts In Support of Its Opposition To Intel's Motion for Summary Judgment (D.I. 312) with its proposed redactions by August 17, 2022.

BY THE COURT:

*/s/ Joshua D. Wolson*
**HON. JOSHUA D. WOLSON**
**United States District Judge**