# EXHIBIT 11



# PACT XPP Schweiz AG

# v.

# Intel Corporation

C.A. 19-cv-01006-JDW

# Expert Report of James E. Malackowski

May 6, 2022

OUTSIDE ATTORNEYS' EYES ONLY

### 3.3    Evaluation of the Sullivan Report

The Sullivan Report contains numerous defects and limitations which render Mr. Sullivan's opinions unreasonable and unreliable. The limitations of the Sullivan Report are extensively addressed by the Expert Report of Dr. Neels.[17] As a patent licensing and valuation professional, I have also identified the limitations of the Sullivan Report to include at least the following:

- During the past nearly three decades, incremental improvements in microprocessor performance have not resulted in increases in product pricing or otherwise driven consumer demand for microprocessors.[18] Thus, Dr. Sullivan's application of a regression analysis that attempts to correlate purported incremental performance improvements with Accused Processor pricing is erroneous and renders Dr. Sullivan's conclusions unreliable.

- Dr. Sullivan's R&D-as-a-percentage-of-total-operating-expense apportionment metric[19] is defective as it fails to properly attribute value to business factors that were not recorded as Intel operating expenses during the period 2011 to 2021.[20] Such business factors include, for example, Intel's brand value that existed as of 2010 and the value of Intel's customer relationships that existed as of 2010.

## 4.    THE PARTIES

### 4.1    PACT XPP Schweiz AG

PACT XPP Technologies AG was a German company founded in 1996.[21] During the relevant time period, PACT had three main investors: PRICAP Venture Partners,[22] The Matzen Family, and Mr. Guido Krass ("Mr. Krass").[23] [24] The Matzen Family and Mr. Krass were the primary financers.[25]

According to PACT, the research of PACT focused on Configurable Logic Blocks ("CLBs") and Field Programmable Gate Array ("FPGA") semiconductor devices.[26] Rather than viewing its technology as competitive with or as a replacement for Central Processing Units ("CPUs"), PACT viewed it as a "partner" to general purpose microprocessors, proposing that its technology would act as a "coprocessor" to "support high performance data stream and complex mathematical operations."[27]

---

[17] Neels Report, May 6, 2022.
[18] **Figures 11** and **12**; Discussion with Shannon Poulin, Intel V.P. and General Manager, Programmable Solutions.
[19] Sullivan Report, March 14, 2021, Attachment I-3.
[20] Sullivan Report, March 14, 2021, Attachment I-3.
[21] Deposition of Martin Vorbach, September 3, 2020, p. 34. I understand XPP™ is an abbreviation for: "eXtreme Processing Platform." *See* PACTINTEL00639439 – 492 at 442.
[22] Composed of extremely high-net-worth individuals.
[23] Whose investment company is Pari Capital.
[24] Deposition of Goetz Gleichmann, September 22, 2020, pp. 18 – 19, 34, 35, 88, 97, 107; Exhibit 6; PACTINTEL02823395.
[25] Deposition of Goetz Gleichmann, September 22, 2020, pp. 34 – 36.
[26] Deposition of Martin Vorbach, September 4, 2020, pp. 276 – 278; PACTINTEL00639439 – 492 at 442.
[27] PACTINTEL00639439 – 492 at 460 – 462.

Despite its efforts, PACT failed to commercialize its technology.[28] During 2001 to 2002, PACT created only a few proof-of-concept FPGA chips which were never incorporated into any chipset or other product.[29] The patent applications that resulted in the issuance of the Asserted Patents claim priority to applications filed during the 2001 to 2002 time period.[30]

By 2004, PACT discontinued its efforts to commercialize FPGA chips.[31] Thereafter, PACT attempted to monetize its technologies through selling and/or licensing its patent portfolio. Licensing became PACT's only revenue source.[32] PACT retained patent brokers and IP advisors in an attempt to sell or license the PACT patent portfolio. These included Inflexion Point Strategies, LLC ("Inflexion Point"), Alliacense,[33] and Sardis Capital.[34]

With the assistance of these advisors, PACT entered into license or settlement agreements with five FPGA chip manufacturers: Astrium GmbH ("Astrium");[35] Xilinx, Inc. ("Xilinx");[36] Lattice Semiconductor Corporation ("Lattice");[37] Microsemi Corporation ("Microsemi");[38] and Altera Corporation ("Altera").[39]

PACT considered its patent portfolio to be "at the end of the line in terms of licensing" after 2015.[40] During 2015 to 2018, PACT considered two alternative monetization options.[41] The first option was to collaborate with the Chinese government (who was pursuing semiconductor independence) or a Chinese company.[42] The second monetization option was to pursue litigation because PACT "ha[d] the offer from Quinn/Gerchen," who would partner with PACT in its litigation pursuit.[43] PACT chose the second option.

To help finance its operations, PACT obtained loans from the Matzen Family and Mr. Krass ("the Lenders"),[44] with the PACT patent portfolio serving as collateral.[45] Ultimately, the loans went into default,[46] and PACT transferred the PACT patent portfolio to a new Swiss firm, Scientia Sol Mentis ("Scientia"), controlled by the Lenders for €1 and 20.0 percent of future marketing revenues of Scientia.[47] Scientia later changed its name to PACT XPP Schweiz AG – the Plaintiff in this case.[48]

---

[28] PACTINTEL01683473 – 689 at 542.
[29] PACTINTEL01683473 – 689 at 542. Deposition of Martin Vorbach, September 3, 2020, pp. 79 – 81.
[30] **Figure 6**.
[31] PACTINTEL01683473 – 689 at 542. ("A: We didn't sell chips since 2003. Maybe -- maybe 2004 still, but at least in this – or in this timeframe, we stopped the chip business."). Deposition of Martin Vorbach, September 3, 2020, pp. at 79 – 81.
[32] Deposition of Goetz Gleichmann, September 22, 2020, pp. 73 – 76.
[33] In addition to marketing the PACT patent portfolio, Alliacense also offered PACT patent prosecution services.
[34] Deposition of Goetz Gleichmann, September 22, 2020, pp. 92 – 93.
[35] PACTINTEL00163345 – 405, dated July 28, 2008.
[36] PACTINTEL00163891 – 904, dated December 19, 2013.
[37] PACTINTEL00162697 – 710, dated August 15, 2014.
[38] PACTINTEL00162726 – 743, dated June 9, 2015.
[39] PACTINTEL02644371 – 397, dated December 2, 2015.
[40] 93621DOC0002772 – 776 at 773.
[41] Deposition of Goetz Gleichmann, September 22, 2020, pp. 285, 287, 294; 93621DOC0002772 – 776 at 773.
[42] Deposition of Goetz Gleichmann, September 22, 2020, pp. 285 – 287.
[43] Deposition of Goetz Gleichmann, September 22, 2020, pp. 285 – 295; 93621DOC0002772 – 776 at 773.
[44] Deposition of Goetz Gleichmann, September 22, 2020, pp. 34 – 36.
[45] Deposition of Goetz Gleichmann, September 22, 2020, p. 36.
[46] Deposition of Goetz Gleichmann, September 22, 2020, pp. 36 – 37, 193.
[47] Deposition of Goetz Gleichmann, September 22, 2020, pp. at 37 – 38.
[48] Deposition of Goetz Gleichmann, September 22, 2020, pp. 38 – 39; 93621DOC0001366 – 368 at 368.

After the PACT patent portfolio was transferred to Scientia, PACT XPP Technology AG reincorporated in the Principality of Liechtenstein for tax purposes.[49] In connection therewith, PACT XPP Technology AG engaged Vossius, a German patent firm, to determine the value of the "future marketing revenues" of the PACT patent portfolio so that it could determine the value of PACT XPP Technology AG's 20.0 percent share of these proceeds. In its opinion dated April 10, 2017, which was updated on September 22, 2017, Vossius "valued the future [net] marketing revenues at USD 7.5 million."[50]

Notably, the "update of the opinion was ordered on September 22, 2017, to ensure that, despite that patent portfolio's aging, and in view of the activities related to use of the patents in the meantime (including lawsuits for patent infringement), the intrinsic value of the patent portfolio is unchanged and that future net revenues of USD 7.5 million are still to be expected."[51] As discussed in detail below, this valuation formed a basis for an appraisal and audit undertaken by Treviris, which was validated by a court-appointed auditor, Cordes + Partner GMBH ("Cordes").[52]

PACT's interactions with Intel, in addition to those discussed in the body of this report, are detailed at **Appendix 3.1.**

### 4.2   Intel Corporation

#### 4.2.1   Background

Intel is a Delaware corporation headquartered in Santa Clara, California.[53] Since its founding in 1968,[54] Intel has "continuously work[ed] to advance the design and manufacturing of semiconductors to help address [its] customers' greatest challenges."[55] In 1971, Intel introduced its first processor, which I understand provided the architecture for today's Personal Computers ("PCs").[56] Since then, Intel has created numerous product lines of microprocessors, including the x86 architecture, that underlies almost every PC produced today.[57] Intel contends that it is currently:

> [A]pplying our reach, scale, and resources to enable our customers to capitalize more fully on the power of digital technology. Inspired by Moore's Law, we continuously work to advance the design and manufacturing of semiconductors to help address our customers' greatest challenges.
>
> By embedding intelligence in the cloud, network, edge, and every kind of computing device, we unleash . . . the four superpowers: AI, pervasive connectivity, cloud to edge, and ubiquitous computing. These four extraordinary technological capabilities have become major market forces powering the digitization of everything.[58]

---

[49] Deposition of Martin Vorbach, Sept. 3, 2020, p. 64; Deposition of Goetz Gleichmann, Sept. 22, 2020, p. 40.
[50] Deposition of Goetz Gleichmann, September 22, 2020, pp. 264, 267, and 279; 93621DOC0003021 – 225 at 165.
[51] 93621DOC0003021 – 225 at 165; see also 93621DOC0002988 – 3020 at 3008 – 3010.
[52] 93621DOC0003021 – 225.
[53] Intel 2021 Form 10-K, cover page.
[54] https://www.intel.com/content/www/us/en/history/virtual-vault/articles/intels-founding.html.
[55] Intel 2021 Form 10-K, p. 11.
[56] https://www.intel.com/content/www/us/en/history/museum-story-of-intel-4004.html.
[57] Lin Opening Report, March 14, 2022, p. 35.
[58] Intel 2021 Form 10-K, p. 3.

Intel's success in the semiconductor industry is based on many product attributes and business factors, including "performance, energy efficiency, features, price, quality, reliability, brand recognition, and availability," and its continued focus is "on offering innovative products and worldwide support for [its] customers at competitive prices, including providing improved energy-efficient performance, enhanced security, and Internet connectivity."[59] Additionally, Intel "believes that [its] network of manufacturing facilities and assembly and test facilities [give it] a competitive advantage" because it can "have more direct control over [its] processes, quality control, product cost, volume, timing of production, and other factors."[60]

When faced with an industry that was on "the brink of a major transformation" around 2011, Intel recognized that it was facing a "huge opportunity," and it was "ready to deliver."[61] Because the number of connected devices in the world was roughly 4 billion, and continued to rise rapidly, Intel was in a position to advance in the market even further with its ability to shrink the size of its transistors, optimize power and performance characteristics, and improve the ability to add more transistors and features.[62] Despite a tough macro-economic environment that year, Intel "set records in platform unit sales, revenue, and earnings, reflecting strong global demand for [its] products and solid execution by [its] employees around the world."[63]

In 2012, Intel "made tremendous progress across the business" "as [it] entered the market for smartphones and tablets, worked with [its] parters to reinvent the PC, and drove continued innovation and growth in the data center." Intel's "strong product pipeline ha[d] [it] well-positioned to bring a new wave of Intel innovations across the spectrum of computing."[64] Despite the fact that its "financial results were below [its] initial expectations, [Intel] launched cutting-edge products in every major business segment and extended [it]s manufacturing leadership."[65] Indeed, that year, Intel delivered revenue of $53.3 billion and its gross margin of 62.1 percent was at the top end of its historical gross margin for the third year in a row. At the same time, Intel "increased R&D spending as [it] made investments across smartphones, tablets, Ultrabook systems, the data center, and manufacturing."[66]

Although Intel faced significant competition in 2013, its "platforms, based on Intel architecture, [were] positioned to compete across the spectrum of Internet-connected computing devices, from the lowest-power portable devices to the most powerful data center servers."[67] Intel had "solid results in a time of rapid industry transformation," but noted that Intel "must do better," a philosophy that allowed Intel to lead the industry as the only semiconductor manufacturer in the world offering Tri-gate transistors and 22-nanometer technology-based products.[68] As Intel noted, "[t]he relentless pursuit of Moore's law is Intel's foundation and continues to be [its] driving force."[69]

---

[59] Intel 2010 Form 10-K, p. 9.
[60] Intel 2010 Form 10-K, p. 9.
[61] Intel 2011 Annual Report, Letter from Your CEO, p. 3.
[62] Intel 2011 Annual Report, Letter from Your CEO, p. 3.
[63] Intel 2011 Annual Report, Letter from Your CEO, p. 3.
[64] Intel 2012 Annual Report, Financial Results, p. 2.
[65] Intel 2012 Annual Report, Letter from Your CEO, p. 3.
[66] Intel 2012 Annual Report, Letter from Your CEO, p. 3.
[67] Intel 2013 Form 10-K, p 8.
[68] Intel 2013 Annual Report, Letter from Your CEO, p. 2.
[69] Intel 2013 Annual Report, Letter from Your CEO, p. 2.

Recently, Intel "announced plans for an initial investment of more than $20 billion in the construction of two new leading-edge chip factories in Ohio. The investment will help boost production to meet the surging demand for advanced semiconductors, powering a new generation of innovative products from Intel and serving the needs of foundry customers . . . ."[70]

With respect to programmable solutions, Intel has worked with FPGA companies for years, including providing such companies, including PACT, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.[71] In 2015, Intel purchased Altera, "the second-largest maker of chips that can be programmed after they leave the factory."[72]

Intel's flagship manufacturing facilities are in Oregon, and Intel has additional manufacturing facilities in Arizona, New Mexico, Massachusetts, Israel, and Ireland.[73]

### 4.2.2   Intel's R&D Investment and Patents

Intel's substantial R&D investment and IP portfolio enable it to deliver on an "accelerated process technology roadmap, introduce leading x86 and xPU products,[74] and develop new businesses and capabilities."[75]  Each year, Intel's R&D investment focuses on areas key to product leadership.[76]  With each new generation of products, Intel's objective is to "improve user experiences and value through advances in performance, power, cost, connectivity, security, form factor, and other features."[77]  **Figure 3** illustrates Intel's annual R&D investment for the 10-year period 2012 through 2021.

---

[70] https://www.intel.com/content/www/us/en/newsroom/news/intel-announces-next-us-site-landmark-investment-ohio.html#gs.utrqpc.
[71] October 2007 restricted license between PACT Technologies and Intel for the purpose of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. 93611DOC0000001 – 008 at 001; 93600DOC1092385 – 387.
[72] https://www.wsj.com/articles/intel-completes-acquisition-of-altera-1451338307.
[73] Intel's Amended Answer and Counterclaims to PACT's Complaint, September 17, 2020, p. 1.
[74] "xPU" is a term for processors that are designed for one of four major computing architectures: CPU, GPU, accelerators, and FPGA. Intel 2021 Form 10-K, p. 112.
[75] Intel 2021 Form 10-K, p. 8.
[76] Intel 2021 Form 10-K, p. 10.
[77] Intel 2021 Form 10-K, p. 10.



INTELLECTUAL CAPITAL EQUITY

**Figure 3**
**Intel Annual R&D Spend: 2012–2021**[78]



As **Figure 3** illustrates, Intel's annual R&D investment has increased from approximately $10 billion in 2012 to more than $15 billion in 2021. Over the last ten years, Intel has invested a total of $125.8 billion in R&D.

Intel has been awarded over 80,000 chip patents since 1985, including patents related to interconnect and bus technology.[79] In 2020, Intel ranked among the top five companies worldwide in terms of granted patents.[80] Intel currently owns approximately 70,000 patent assets globally, consisting of both granted patents and patent applications.[81] Intel's innovation has resulted in the issuance of patents for foundational technologies, such as the single-chip microprocessor, memory management, and countless others.[82] **Figure 4** illustrates selected technology areas of Intel patents.

---

[78] **Appendix 5.2.**
[79] Lin Opening Report, March 14, 2022, p. 35.
[80] https://www.nasdaq.com/articles/top-patent-holders-of-2020-2021-01-29
[81] https://www.intel.com/content/www/us/en/policy/policy-ip.html
[82] https://newsroom.intel.com/news/intellectual-property-owners-association-recognizes-intels-patent-prowess/#gs.wn7fff



**INTELLECTUAL CAPITAL EQUITY**

**Figure 4**
**Intel Worldwide Patents in Selected Technology Areas, 2016**[83]



As **Figure 4** illustrates, Intel owns thousands of patents in technology areas ranging from circuits and software to image processing, processors, and wireless. As of 2016, Intel held approximately 7,000 processor related patents. Intel's patent portfolio has a wide geographical footprint,[84] and includes thousands of Chinese patents and tens of thousands of European patents.[85] As of 2016, over 19,000 U.S. inventors at Intel had been granted at least one U.S. patent.[86]

Intel's manufacturing R&D makes up a critical part of Intel's investment. Intel has "long been a leader in silicon process technology and manufacturing."[87] Under Intel's "tick-tock" development cadence illustrated in **Figure 5**, Intel introduces a new microarchitecture ever two years and ramps up the next generation of silicon process and manufacturing technology in the intervening years.[88]

---

[83] https://newsroom.intel.com/news/intellectual-property-owners-association-recognizes-intels-patent-prowess/#gs.wn7fff
[84] https://newsroom.intel.com/news/intellectual-property-owners-association-recognizes-intels-patent-prowess/#gs.wn7fff
[85] https://newsroom.intel.com/news/intellectual-property-owners-association-recognizes-intels-patent-prowess/#gs.wn7fff
[86] https://newsroom.intel.com/news/intellectual-property-owners-association-recognizes-intels-patent-prowess/#gs.wn7fff
[87] Intel 2012 Form 10-K, p. 1.
[88] Intel 2012 Form 10-K, p. 8.



INTELLECTUAL CAPITAL EQUITY

**Figure 5**
**Intel's "Tick-Tock" Development Cadence[89]**



Advancements in Intel's manufacturing technology allow Moore's law to be a reality — without manufacturing progress, it would not be possible to implement new Intel microarchitectures.[90]  Because Intel primarily manufactures products in its own facilities (unlike many semiconductor companies), Intel is able to optimize performance, shorten time to market, and rapidly scale new products.[91]

### 5. THE DISPUTE

PACT alleges that Intel Core™ and Xeon® processors with Intel code name "Sandy Bridge" and subsequent microarchitectures infringe the '593, '908 and '631 patents.[92]  According to Dr. Lin, an Intel technical expert, these Intel processors integrate a ring architecture or (for later generations) ring-based mesh architecture.[93]  Dr. Lin asserts that "[t]hese products (to the extent they were released) include CPU cores, a distributed Last Level Cache (LLC), and certain other agents communicating over a ring or mesh architecture."[94]  Also, according to Dr. Mowry, an Intel technical expert, the Accused Processors "all use ring structures to form three varieties of topologies—namely, half ring, full ring, and mesh—that enable communication among certain components."[95]

With respect to the '301 and '047 patents, PACT generally accuses Intel processors with Sandy Bridge and above architectures implementing Turbo Boost technology.[96]  According to Dr. Lin, Intel's Turbo Boost feature was designed to increase the clock frequency of an active core, in order to speed up and increase its performance, if it's operating below power, current, and temperature specification limits.  Also, according to Dr. Mowry, Turbo Boost "is an enhanced processor performance state that operates faster than the frequency that is otherwise limited by the Thermal Design Power" and it "takes advantage of the variation in environmental conditions, by stepping up the operating frequency when the processor is in a 'good' thermal

---

[89] Intel 2012 Form 10-K, p. 9.
[90] Intel 2013 Form 10-K, p. 11
[91] Intel 2013 Form 10-K, p. 2
[92] Complaint, May 30, 2019, pp. 11 – 12.  PACT accuses Intel processors that integrate a ring or ring-based mesh architecture of infringing the '593, '908 and '631 patents.  The first accused ring or ring-based mesh architecture is referred to by the Intel Code Name: "Sandy Bridge" (client or server).
[93] Lin Opening Report, March 14, 2022, Section 12.
[94] Lin Opening Report, March 14, 2022, Section 12
[95] Mowry Rebuttal Report, May 6, 2022, Section XIV (Description of the Intel Accused Products).
[96] Lin Opening Report, March 14, 2022, Section 12.

Intel's microprocessors were not reflected in Intel's pricing or considered a basis for consumer demand for the Accused Processors.[286]

## 8. THE ACCUSED PROCESSORS

### 8.1 Related Intel Technologies

As discussed above, in 1978, Intel introduced its x86 instruction set architecture with the release of the 8086 microprocessor.[287] Key architectural components included a logical framework for executing instructions through a processor, allowing software programs and instructions to run on any processor in the Intel 8086 family, and providing procedures for utilzing and managing the hardware componenets of a CPU.[288] Advances in the instruction set plus intra-family compatibility enable x86 processors to span a wide range of enterprise computers, from protables to super computers.[289] I understand that the Accused Core™ and Xeon® processors utilize Intel's x86 architecture.[290]

In 1995, Intel released the Pentium® Pro processor based on P6 microarchitecture to address, among other issues, server and workstation workloads.[291] Described as "the next step in multiprocessor evolution", Intel's Pentium® Pro enabled high-end performance servers and desktop systems.[292] I understand the Orion chipset was the first to use the Pentium® Pro processor.[293] According to Dr. Lin, "the Orion chipset was designed to enable the easy construction of a shared-memory multiprocessor system comprising up to four processors."[294] Dr. Lin opines that the P6 bus protocol facilitated the operation of a multi-clustered system, and that the Orion Memory Controller included features that allowed it to cooperate with an OEM-supplied bridge component.[295]

I also understand that, in 1998, Intel introduced its Turbo Boost and related power management technologies based on its Geyserville software architecture known as SpeedStep.[296] According to Intel, the Geyserville software architecture is a mobile technology which "allows a Geyserville enabled CPU to operate in multiple performance states. These states are defined as core frequency and voltage pairs and are made possible through the use of voltage reduction technology."[297]

Intel's Turbo Boost Technology 2.0 "accelerates processor and graphics performance for peak loads, automatically allowing processor cores to run faster than the rated operating frequency if they're operating below power, current, and temperature specification limits."[298] The maximum turbo frequency "indicates the

---

[286] Discussion with Shannon Poulin.
[287] https://www.pcworld.com/article/535966/article-7512.html.
[288] https://www.techopedia.com/definition/5334/x86-architecture
[289] https://www.computerworld.com/article/2535073/what-s-next-for-the-x86-.html
[290] https://www.pcmag.com/encyclopedia/term/x86.
[291] https://www.businessnewsdaily.com/10817-slideshow-intel-processors-over-the-years.html.
[292] 93614DOC0006677 – 721 at 684, 689.
[293] Lin Opening Report, March 14, 2022, Section 6.
[294] Lin Opening Report, March 14, 2022, Section 6.
[295] Lin Opening Report, March 14, 2022, Section 6.
[296] Lin Opening Report, March 14, 2022, Section 6.
[297] 93600DOC0070999 – 1027 at 1003.
[298] https://www.intel.com/content/www/us/en/architecture-and-technology/turbo-boost/turbo-boost-technology.html.

highest possible frequency achievable when conditions allow the processor to enter turbo mode".[299] However, the frequency varies depending on workload, hardware, software, and overall system configuration.[300] I understand that, when operating below these frequency limits and the user's workload demands additional performance, the processor frequency increases until the upper limit is reached.[301]

**8.2.    The Sandy Bridge Microarchitecture**

The Accused Processors are general purpose microprocessors.[302] PACT accuses Intel processors that integrate a ring or ring-based mesh architecture of infringing the '593, '908 and '631 patents.[303] The first accused ring or ring-based mesh architecture sold by Intel is referred to by Intel Code Name: "Sandy Bridge" (client or server).

**8.2.1.    Intel Core™ Processors**

Intel first released Core™ processors with "Sandy Bridge" microarchitecture in January 2011.[304] I understand that Intel's Sandy Bridge microarchitecture originally incorporated a ring architecture and later incorporated a mesh architecture.[305] The Sandy Bridge microarchitecture originated from Intel's Tanglewood processor.[306] First developed in 2001, the Tanglewood was the first processor to incorporate a ring bus, or ring architecture.[307] According to Mr. Erik Hallnor, Chief Uncore Architect for Intel's Oregon architecture team,[308] the ring architecture used in Tanglewood and Sandy Bridge processors "are nearly identical".[309]

**8.2.2.    Intel Xeon® Processors**

Intel also offers its Xeon® series of processors, which are "[b]uilt for data centers and workstations to handle the heavy processing demands of cloud, big data, modeling, AI and more."[310] Intel released the Xeon® series as a variant of the Pentium® II processor architecture for the business server market.[311] The first Xeon® processor to incorporate the Sandy Bridge architecture was the Xeon® E3, introduced in Q2 2011.[312] Xeon® processors are the primary series for Intel's Data Center Group.[313]

---

[299] https://www.intel.com/content/www/us/en/architecture-and-technology/turbo-boost/turbo-boost-technology.html.
[300] https://www.intel.com/content/www/us/en/architecture-and-technology/turbo-boost/turbo-boost-technology.html.
[301] https://www.intel.com/content/www/us/en/architecture-and-technology/turbo-boost/turbo-boost-technology.html.
[302] Lin Opening Report, March 14, 2022, Section 12; Mowry Rebuttal Report, Section IX (Overview of the Patents), Section XIV (Description of the Intel Accused Products).
[303] Lin Opening Report, March 14, 2022, Section 12; Mowry Rebuttal Report, Section IX (Overview of the Patents), Section XIV (Description of the Intel Accused Products).
[304] https://hexus.net/tech/tech-explained/cpu/29926-intel-sandy-bridge/.
[305] Intel Responses to PACT's Fourth Set of Interrogatories (No. 16), October 2, 2020, p. 8.
[306] Deposition of Erik Hallnor, September 30, 2020, pp. 19 – 20, 45 – 46.
[307] Deposition of Erik Hallnor, September 30, 2020, pp. 26 – 27, 30.
[308] Deposition of Erik Hallnor, September 30, 2020, p. 13.
[309] Deposition of Erik Hallnor, September 30, 2020, p. 45.
[310] https://www.intel.com/content/www/us/en/products/details/processors.html.
[311] https://www.pcstats.com/articles/2000/2.html.
[312] https://ark.intel.com/content/www/us/en/ark/products/codename/29900/products-formerly-sandy-bridge.html
[313] Intel 2021 Form 10-K, p. 18.

### 8.3. Accused Microarchitecture Code Names After Sandy Bridge

Subsequent to the release of Intel Core™ and Xeon® processors with the "Sandy Bridge" microarchitecture, Intel released Accused Processors with microarchitectures referred to by other Intel code names. According to Dr. Lin, "[t]hese products (to the extent they were released) include CPU cores, a distributed Last Level Cache (LLC), and certain other agents communicating over a ring or mesh architecture."[314]

**Figure 13** summarizes the microarchitecture code names of the Accused Processors PACT contends infringes each of the Asserted Patents.

**Figure 13**
**Accused Microarchitectures by Intel Code Name and Asserted Patent**[315]

| Market Code Name | '593 Patent | '908 Patent | '631 Patent | '301 Patent | '301 Patent (Mobile) | '047 Patent |
|---|---|---|---|---|---|---|
| Amber Lake | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Broadwell | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Cannon Lake | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Cascade Lake | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Coffee Lake | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Haswell | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Ice Lake | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Ivy Bridge | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Kaby Lake | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Lakefield | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Sandy Bridge | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Sandy Bridge-E | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Sandy Bridge-En | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Sandy Bridge-Ep | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Skylake | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Whiskey Lake | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

### 8.4. Accused Power Consumption Products

I understand that, with respect to the '301 and '047 power consumption patents, PACT generally accuses "Intel processors with Sandy Bridge and above architectures implementing Turbo Boost technology" of infringement.[316] According to Dr. Lin and Dr. Mowry, "Intel's Turbo Boost feature was designed to increase the clock frequency of an active core, in order to speed up and increase its performance, if its operating below power, current, and temperature specification limits."[317]

---

[314] Mowry Rebuttal Report, May 6, 2022, Section XIV (Description of the Intel Accused Products).
[315] Sullivan Report, March 14, 2022, Attachment B-2.
[316] Lin Opening Report, March 14, 2022, Section 12; Mowry Rebuttal Report, May 6, 2022, Section XIV (Description of the Intel Accused Products).
[317] Lin Opening Report, March 14, 2022, Section 12; Mowry Rebuttal Report, May 6, 2022, Section XIV (Description of the Intel Accused Products).

### 11.1.11 Factor No. 12: The portion of the profit or the selling price that may be customary in the particular business or in comparable businesses to allow for the use of the invention or analogous inventions.

Similar to Factors No. 1 and No. 2, Factor No. 12 represents a quantitative valuation metric related to the Market Approach. In connection with this factor, I have considered the PACT license and settlement agreements set forth in Factor No. 1 as well as the Intel licenses set forth in Factor No. 2.

Outside of these agreements, I am not aware of other licenses or evidence probative of a customary portion of profit or the selling price of microprocessors for use of technology that is similar or analogous to that of the Asserted Patents. My evaluation of Mr. Chandler's asserted comparable third-party licenses and other industry benchmarks are set forth in Section 12.

On balance, this factor would have a downward influence on the hypothetically negotiated reasonable royalty.

*Impact on Hypothetical Negotiations:  Favors Licensee*

### 11.1.12 Factor No. 13: The portion of the realizable profit that should be credited to the invention as distinguished from non-patented elements, the manufacturing process, business risks, or significant features or improvements added by the infringer.

Factor No. 13 extends the analysis performed in Factors No. 8 and No. 11 and relates to the portion of the realizable profit that should be credited to the invention as distinguished from non-patented product attributes and business factors.

Intel's contributions to the development of semiconductors and the computing industry cannot be overstated. Since its founding in 1968,[613] Intel has "continuously work[ed] to advance the design and manufacturing of semiconductors to help address [its] customers' greatest challenges."[614] In 1971, Intel introduced its first processor, which I understand provided the architecture for today's PCs.[615] Since then, Intel has created numerous product lines of microprocessors, including the x86 architecture, that underlies almost every PC produced today.[616] Intel contends that it "continuously work[s] to advance the design and manufacturing of semiconductors to help address our customers' greatest challenges.[617]

Intel's leadership position in the semiconductor industry is based on many product attributes and business factors, including "performance, energy efficiency, features, price, quality, reliability, brand recognition, and availability," and its continued focus "on offering innovative products and worldwide support for [its] customers at competitive prices, including providing improved energy-efficient performance, enhanced security, and Internet connectivity."[618]

Additionally, Intel "believes that [its] network of manufacturing facilities and assembly and test facilities [give it] a competitive advantage" because it can "have more direct control over [its] processes, quality control,

---

[613] https://www.intel.com/content/www/us/en/history/virtual-vault/articles/intels-founding.html.
[614] Intel 2021 Form 10-K, p. 11.
[615] https://www.intel.com/content/www/us/en/history/museum-story-of-intel-4004.html.
[616] Lin Opening Report, March 14, 2022, p. 35.
[617] Intel 2021 Form 10-K, p. 3.
[618] Intel, 2010 Form 10-K, p. 9.

product cost, volume, timing of production, and other factors."[619]  Intel's flagship manufacturing facilities are in Oregon, and Intel has additional manufacturing facilities in Arizona, New Mexico, Massachusetts, Israel, and Ireland.[620]  Recently, Intel "announced plans for an initial investment of more than $20 billion in the construction of two new leading-edge chip factories in Ohio. The investment will help boost production to meet the surging demand for advanced semiconductors, powering a new generation of innovative products from Intel and serving the needs of foundry customers . . . ."[621]

Intel's substantial R&D investment and IP portfolio enable it to deliver on an "accelerated process technology roadmap, introduce leading x86 and xPU products,[622] and develop new businesses and capabilities."[623]  Each year, Intel's R&D investment focuses on areas key to product leadership.[624]  With each new generation of products, Intel's objective is to "improve user experiences and value through advances in performance, power, cost, connectivity, security, form factor, and other features."[625]  **Figure 3** illustrates Intel's annual R&D investment for the 10-year period 2012 through 2021.  As **Figure 3** illustrates, Intel's annual R&D investment has increased from approximately $10 billion in 2012 to more than $15 billion in 2021.  Over the last ten years, Intel has invested a total of $125.8 billion in R&D.

Intel's R&D investment as resulted in the issuance of more than 80,000 chip patents since 1985, including patents related to interconnect and bus technology.[626]  In 2020, Intel ranked among the top five companies worldwide in terms of granted patents.[627]  Intel currently owns approximately 70,000 patent assets globally, consisting of both granted patents and patent applications.[628]  Intel's innovation has resulted in the issuance of patents for foundational technologies, such as the single-chip microprocessor, memory management, and countless others.[629]

**Figure 4** illustrates that Intel's patents concern technology areas ranging from circuits and software to image processing, processors, and wireless.  As of 2016, Intel held approximately 7,000 processor related patents.  Intel's patent portfolio has a wide geographical footprint,[630] and includes thousands of Chinese patents and

---

[619] Intel, 2010 Form 10-K, p. 9.
[620] Intel's Amended Answer and Counterclaims to PACT's Complaint, September 17, 2020, p. 1.
[621] https://www.intel.com/content/www/us/en/newsroom/news/intel-announces-next-us-site-landmark-investment-ohio.html#gs.utrqpc.
[622] "xPU" is a term for processors that are designed for one of four major computing architectures: CPU, GPU, accelerators, and FPGA. Intel 2021 Form 10-K, p. 112.
[623] Intel 2021 Form 10-K, p. 8.
[624] Intel 2021 Form 10-K, p. 10.
[625] Intel 2021 Form 10-K, p. 10.
[626] Lin Opening Report, March 14, 2022, p. 35.
[627] https://www.nasdaq.com/articles/top-patent-holders-of-2020-2021-01-29
[628] https://www.intel.com/content/www/us/en/policy/policy-ip.html
[629] https://newsroom.intel.com/news/intellectual-property-owners-association-recognizes-intels-patent-prowess/#gs.wn7fff
[630] https://newsroom.intel.com/news/intellectual-property-owners-association-recognizes-intels-patent-prowess/#gs.wn7fff

tens of thousands of European patents.[631] As of 2016, over 19,000 U.S. inventors at Intel had been granted at least one U.S. patent.[632]

Innography is a patent intelligence software platform that provides fit-for-purpose patent analysis tools for technology landscaping, market structure evaluation, prosecution metrics, citation mining, and litigation.[633] A search of the Innography database identified 4,412 unique U.S. patents issued to Intel with the same U.S. Patent Classification Codes and/or Cooperative Patent Classification (CPC) codes[634] as the Asserted Patents.

Intel's commitment to the continued advancement of the design and manufacturing of semiconductors[635] resulted in Intel achieving a leading share of the x86 processor market by 2007. As illustrated in **Figure 7**, Intel's worldwide market share of x86 based microprocessors reached approximately 70 percent as early as Q4 2007, four years prior to Intel's introduction of the Accused Processors.

Conversely, according to Mr. Shannon Poulin, Intel Corporate Vice President, during the time period relevant to this dispute, incremental improvements in the performance of Intel's microprocessors were not reflected in Intel's pricing or considered a basis for consumer demand for the Accused Processors.[636]

On balance, this factor would have a downward influence on the hypothetically negotiated reasonable royalty.

> *Impact on Hypothetical Negotiations: Favors Licensee*

### 11.1.13   Factor No. 14: The opinion testimony of qualified experts.

In connection with my work, I have considered the expert reports indicated in Section 2. I have also had discussions with Dr. Todd Mowry and Dr. Kevin Neels, who are expert retained by Intel.

References to the reports and opinions of these experts are set forth throughout this report. I reserve the right to supplement my opinions upon the review of other expert reports and testimony that are provided after the date of this report.

> *Impact on Hypothetical Negotiations: Considered Throughout My Report*

---

[631] https://newsroom.intel.com/news/intellectual-property-owners-association-recognizes-intels-patent-prowess/#gs.wn7fff
[632] https://newsroom.intel.com/news/intellectual-property-owners-association-recognizes-intels-patent-prowess/#gs.wn7fff
[633] https://clarivate.com/products/ip-intelligence/patent-intelligence-software/innography/#features.
[634] The Cooperative Patent Classification is an extension of the International Patent Classification ("IPC") system mainly designed to help to classify patents at IPC class, subclass, main group or subgroup level. https://www.wipo.int/classifications/ipc/en/.
[635] Intel 2021 Form 10-K, p. 3.
[636] Discussion with Shannon Poulin.

### 13. EVALUATION OF THE SULLIVAN REPORT

Dr. Neels addresses in detail Dr. Sullivan's analysis from the perspective of an economist with significant experience in economic analysis, including regression analysis. I find the limitations of the Sullivan Report particularly relevant from the perspective of my professional experience.

#### 13.1    Improper Use of Regression Analysis

Dr. Sullivan's opinions are based on a regression analysis which purports to quantify the incremental value of Intel's use of the Asserted Patents based, in part, on product pricing.[741]  As set forth above and as illustrated in **Figures 11** and **12** however, over the last several decades, incremental improvements in the performance of microprocessors have not been reflected in product pricing.[742]

According to Mr. Poulin, during the time period relevant to this dispute, incremental improvements in the performance of Intel's microprocessors were not reflected in product pricing increases or increases in consumer demand.[743]  According, Dr. Sullivan's application of a regression analysis which attempts to correlate incremental performance improvements and price increases is erroneous and leads Dr. Sullivan to conclusions that are unreliable.

#### 13.2    Dr. Sullivan's Apportionment Metric is Defective

In Attachment I-2 of the Sullivan Report, Dr. Sullivan calculates "contribution apportionment factors based on Intel financial models."  More specifically, Dr. Sullivan derives apportionment factors based on Intel R&D expenses as percentages of Intel's worldwide sales and marketing, general and administrative, and research and development expenses for specific time periods.[744]

Dr. Sullivan's contribution apportionment analysis is defective however in that it fails to capture the relative contribution of the product features and business factors that drive or otherwise influence the sales and profitability of the Accused Processors, such as, for example, the goodwill associated with the Intel brand and the value of Intel's established customer relations.

### 14. SIGNATURE

Respectfully submitted,

_____           May 6, 2022_____
James E. Malackowski                    Date

---

[741] Sullivan Report, March 14, 2022, p. 95 – 96.
[742] Discussion with Shannon Poulin.
[743] Discussion with Shannon Poulin.
[744] Sullivan Report, March 14, 2022, Attachment I-2.