IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PACT XPP SCHWEIZ AG,**<br><br>*Plaintiff,*<br><br>v.<br><br>**INTEL CORPORATION,**<br><br>*Defendant.* | **Case No. 1:19-cv-01006-JDW** |

## ORDER

AND NOW, this 29th day of February, 2024, it is **ORDERED** that the Final Pretrial Conference, currently scheduled for March 6, 2024 at 10:00 a.m., is **RESCHEDULED** for April 2, 2024 at 10:00 a.m. in Courtroom 12B, at United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge