IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACT XPP SCHWEIZ AG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1006 (JDW) ) ) |
| INTEL CORPORATION, | ) ) ) |
| Defendant. | ) REDACTED - PUBLIC VERSION |

**DECLARATION OF CHRISTOPHER DECORO IN SUPPORT OF INTEL'S RENEWED MOTION FOR SUMMARY JUDGMENT AND JOINT STATEMENT OF FACTS**

I, Christopher DeCoro, declare: I am an attorney licensed and admitted to practice law in New York and New Jersey. I am a partner at the law firm Kirkland & Ellis LLP, counsel for Defendant Intel Corporation ("Intel") in this matter. I am over twenty-one years of age and not under any legal disability. I make this declaration in support of Intel's Renewed Motion for Summary Judgment. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of the March 14, 2022 Opening Expert Report of Dr. Thomas M. Conte (excerpted).

2. Attached hereto as Exhibit 2 is a true and correct copy of the May 7, 2022 Rebuttal Expert Report of Dr. Todd Mowry (Volume 1) (excerpted).

3. Attached hereto as Exhibit 3 is a true and correct copy of the May 7, 2022 Rebuttal Expert Report of Dr. Todd Mowry (Volume 2) (excerpted).

4. Attached hereto as Exhibit 4 is a true and correct copy of an Intel Presentation bearing production number 93600DOC0064255 (excerpted).

5. Attached hereto as Exhibit 5 is a true and correct copy of an Intel Presentation bearing production number 93600DOC0494984 (excerpted).

6. Attached hereto as Exhibit 6 is a true and correct copy of an a webpage from www.geeks3d.com.

7. Attached hereto as Exhibit 7 is a true and correct copy of an August, 13, 2021 USPTO Institution of Ex Parte Re-examination .

8. Attached hereto as Exhibit 8 is a true and correct copy of an October 4, 2022 USPTO Office Action.

9. Attached hereto as Exhibit 9 is a true and correct copy of a March 30, 2023 USPTO Office Action.

10. Attached hereto as Exhibit 10 is a true and correct copy of PACT's May 30, 2023 EPR Response.

11. Attached hereto as Exhibit 11 is a true and correct copy of a July 14, 2023 Notice of Intent to Issue a Re-examination Certificate.

12. Attached hereto as Exhibit 12 is a true and correct copy of the May 20, 2022 Reply Expert Report of Thomas M. Conte (excerpted).

13. Attached hereto as Exhibit 13 is a true and correct copy of an Intel Specification bearing production number 93600DOC0299461 (excerpted).

14. Attached hereto as Exhibit 14 is a true and correct copy of an Intel Specification bearing production number 93600DOC0880492 (excerpted).

15. Attached hereto as Exhibit 15 is a true and correct copy of an Intel Specification bearing production number 93600DOC0418500 (excerpted).

16. Attached hereto as Exhibit 16 is a true and correct copy of an Intel Architecture Reference Manual (excerpted).

17. Attached hereto as Exhibit 17 is a true and correct copy of an Intel Specification bearing production number 93600DOC0417982 (excerpted).

18. Attached hereto as Exhibit 18 is a true and correct copy of an Intel Specification bearing production number 93600DOC0379645 (excerpted).

19. Attached hereto as Exhibit 19 is a true and correct copy of an Intel Specification bearing production number 93600DOC0379840 (excerpted).

20. Attached hereto as Exhibit 20 is a true and correct copy of an Intel Specification bearing production number 93600DOC0007283 (excerpted).

21. Attached hereto as Exhibit 21 is a true and correct copy of an Intel Presentation bearing production number 93600DOC0487462 (excerpted).

22. Attached hereto as Exhibit 22 is a true and correct copy of an Intel Presentation bearing production number 93600DOC0003586 (excerpted).

23. Attached hereto as Exhibit 23 is a true and correct copy of an Intel Presentation bearing production number 93600DOC0493763 (excerpted).

24. Attached hereto as Exhibit 24 is a true and correct copy of an Intel Presentation bearing production number 93600DOC0022114 (excerpted).

25. Attached hereto as Exhibit 25 is a true and correct copy of an Intel Presentation bearing production number 93600DOC0852315 (excerpted).

26. Attached hereto as Exhibit 26 is a true and correct copy of an Intel Specification bearing production number 93600DOC0137001 (excerpted).

27. Attached hereto as Exhibit 27 is a true and correct copy of an Intel Presentation bearing production number 93600DOC0494984 (excerpted).

28. Attached hereto as Exhibit 28 is a true and correct copy of the transcript of the July 10, 2022 deposition of Bill Lin (excerpted).

29. Attached hereto as Exhibit 29 is a true and correct copy of the May 7, 2022 Rebuttal Expert Report of Glenn Reinman.

30. Attached hereto as Exhibit 30 is a true and correct copy of a February 6, 2023 PACT EPR Response.

31. Attached hereto as Exhibit 31 is a true and correct copy of US Patent No. 6,457,087.

32. Attached hereto as Exhibit 32 is a true and correct copy of US Patent No. 8,471,593.

33. Attached hereto as Exhibit 33 is a true and correct copy of an Intel Specification bearing production number 93600DOC0001345 (excerpted).

34. Attached hereto as Exhibit 34 is a true and correct copy of an Intel Specification bearing production number 93600DOC0569450 (excerpted).

35. Attached hereto as Exhibit 35 is a true and correct copy of an Intel Specification bearing production number 93600DOC0025656 (excerpted).

36. Attached hereto as Exhibit 36 is a true and correct copy of an Intel Specification bearing production number 93600DOC0003528 (excerpted).

37. Attached hereto as Exhibit 37 is a true and correct copy of an Intel Specification bearing production number 93600DOC0299461 (excerpted).

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct and that this declaration was executed by me on April 12, 2024 in New York, New York.

                                                    */s/ Christopher DeCoro*
                                                    Christopher DeCoro

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 12, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Frederick A. Lorig, Esquire<br>Danielle L. Gilmore, Esquire<br>Nima Hefazi, Esquire<br>Marshall M. Searcy III, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mark Tung, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Ron Hagiz, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

2

Jared Kneitel, Esquire  *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
*Attorneys for Plaintiff*

/s/ *Brian P. Egan*

_____
Brian P. Egan (#6227)