# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| |
|---|
| **PACT XPP SCHWEIZ AG,** |
| *Plaintiff,* |
| v. |
| **INTEL CORPORATION,** |
| *Defendant.* |

**Case No. 1:19-cv-01006-JDW**

## <u>ORDER</u>

**AND NOW**, this 26th day of July, 2024, upon consideration of Defendant Intel Corporation's Renewed Motion For Summary Judgment Of Non-Infringement Of The '593 Patent (ECF No. 589) and for the reasons stated in the accompanying Memorandum, it is

**ORDERED** that I construe the term "dedicated connection" from Claim 1 and Claim 16 of U.S. Patent No. 8,471,593 to mean "a connection designed to interconnect a particular device to a particular memory directly via a link inaccessible to other devices and memories."

It is **FURTHER ORDERED** that Defendant Intel Corporation's Renewed Motion For Summary Judgment Of Non-Infringement Of The '593 Patent (ECF No. 589) is **GRANTED**.

It is **FURTHER ORDERED** that Intel's Motions *In Limine* (D.I. 429), *Daubert* Motion To Exclude The Expert Opinions Of Mark Chandler (D.I. 434), *Daubert* Motion To Exclude Dr. Thomas Conte's Testing Opinions (D.I. 439), and *Daubert* Motion To Exclude Dr.

Thomas Conte's Testing Opinions (D.I. 448) and Plaintiff PACT XPP Schweiz AG's Motions *In Limine* (D.I. 441; 445; 446; 447; 449), *Daubert* Motion To Exclude Intel's Expert Opinions Offering Improper Claim Construction Opinions (D.I. 451), and *Daubert* Motion To Exclude Opinions Of Mr. Malackowski And Dr. Mowry Regarding Non-Infringing Alternatives (D.I. 453) are **DENIED AS MOOT.**

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**