IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PACT XPP SCHWEIZ AG,**<br><br>*Plaintiff,*<br>**v.**<br><br>**INTEL CORPORATION,**<br><br>*Defendant.* | Case No. 1:19-cv-01006-JDW |

## FINAL JUDGMENT

AND NOW, this 27th day of August, 2024, for the reasons set forth in the Court's Memorandum Opinion and Order dated July 26, 2024 (D.I. 615 and D.I. 616) which resolved all remaining claims in the case, it is **ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant Intel Corporation as to the Non-Infringement of '593 Patent and against Plaintiff PACT XPP Schweiz AG**.**

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge